In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00238-CV

_____

**JEFFREY CLACK, Appellant**

**V.**

**MARIA CLACK, Appellee**

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. F-218,823

**MEMORANDUM OPINION**

Jeffrey Clack filed a notice of appeal but failed to file a brief. On September 19, 2014, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On September 30, 2014, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we dismiss the

1

appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 21, 2014
Opinion Delivered November 6, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.